JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MOHAMMAD A. REDJAI, AND
SHANIN REDJAI, individuals,

        Plaintiffs,

v.

NEW PENN FINANCIAL LLC, dba
SHELLPOINT MORTGAGE
SERVICING, a Delaware Limited
Liability Company; LAW OFFICES OF
LES ZIEVE, A California Corporation;
THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK, AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE
CWALT, INC., ALTERNATIVE LOAN
TRUST 2006-HY10 MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2006-HY10; and DOES 1- 10,
inclusive,

        Defendants.

Case No.: 8:16-cv-01960-JVS-JCG

Hon. James Selna/Ctrm 10C

**JUDGMENT**

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

On August 30, 2018, this Court issued an order granting Defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing's Motion for Summary Judgment ("Motion") against Plaintiffs Mohammad Redjai and Shahin Redjai's ("Plaintiffs") Complaint. *See* Dkt. 91. In addition, on August 27, 2018 at the hearing on the Motion, the Court granted Plaintiffs' oral motion to dismiss, with prejudice, Defendant the Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-HY10 Mortgage Pass-Through Certificates, Series 2006-HY10's (collectively, "Defendants"). *See* Dkt. 87.

Pursuant to the Court's Order, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      The entire action is dismissed with prejudice;

2.      Plaintiffs shall take nothing as to Defendants;

3.      Judgment shall be entered in favor of Defendants and against Plaintiffs;

4.      If Plaintiffs have recorded a lis pendens, it shall be and hereby is expunged, and Defendants may record this judgment with the County Recorder as evidence of said expungement; and

5.      Defendants may recover costs from Plaintiffs as permitted by law.


DATED: September 07, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

YUI | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

**CERTIFICATE OF SERVICE**

I certify that on September 7, 2018, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: September 7, 2018

YU MOHANDESI LLP

By: ___/s/ *Pavel Ekmekchyan*___
Pavel Ekmekchyan

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071